IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ANGELA SWARTZ and TEDDY SWARTZ<br><br>Plaintiffs,<br><br>vs.<br><br>E.I. DU PONT DE NEMOURS AND COMPANY | Case No.: 2:18-cv-0136 |

**AFFIDAVIT OF JON C. CONLIN IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF DEFENSE EXPERT DR. SAMUEL COHEN**

Jon C. Conlin, being first duly sworn, state as follows:

1. I am a partner with the law firm of Cory Watson, P.C. in Birmingham, AL, and am one of the Co-Lead Counsel for the Plaintiffs' Steering Committee in this MDL (the "PSC").

2. I am submitting this Affidavit in support of Plaintiffs' Memorandum in Support of Plaintiffs' Motion to Exclude Opinions and Testimony of Defense Expert Dr. Samuel Cohen.

3. Attached hereto at Exhibit A is a true and accurate copy of excerpts from the June 14, 2019 deposition transcript of Dr. Samuel Cohen.

4. Attached hereto at Exhibit B is a true and accurate copy the Expert Report of Dr. Samuel Cohen.

1

FURTHER AFFIANT SAYETH NOT.

_____
Jon C. Conlin

SWORN TO and SUBSCRIBED before me this 9th day of July 2019.

_____
NOTARY PUBLIC

2