```
 1               UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF OHIO

 3                    EASTERN DIVISION

 4   ---------------------------X

 5   IN RE:  E. I. DU PONT DE    :  Case No. 2:13-md-2433

 6   NEMOURS AND COMPANY C8      :  Judge Sargus

 7   PERSONAL INJURY LITIGATION  :  Mag. Judge Deavers

 8   --------------------------  :

 9   This document relates to:   :  Case No. 2:18-cv-00136

10   Angela Swartz and Teddy     :

11   Swartz v. E. I. du Pont     :

12   de Nemours and Company,     :

13   ---------------------------X

14                    Video Deposition

15              of Samuel M. Cohen, M.D.

16                 Friday, June 14, 2019

17   taken on behalf of the plaintiff in the

18   above-entitled cause of action pursuant to notice

19   and the Federal Rules of Civil Procedure by and

20   before Janice M. Doud, Registered Professional

21   Reporter and Notary Public within and for the

22   State of Iowa, taken at Holiday Inn Express &

23   Suites, 2010 Abbott Drive, Carter Lake, Iowa

24   51510, commencing at 12:33 p.m.

25
```

 1   the scientific literature for the C8.  I relied

 2   primarily on the C8 panel report, which we have

 3   here, plus the publications by Barry et al. and

 4   by Vieira et al.

 5       Q.   Well, I'm talking about when you were

 6   weighing the relative risk factors of C8 versus

 7   the other ones, what were you -- what was it

 8   about C8 that made it less of a risk factor for

 9   you?

10       A.   According to the scientific panel and

11   these other publications, the average increased

12   risk from C8 for kidney cancer is approximately

13   10 percent.  Her exposure is below the average,

14   so her increased risk would be anticipated to be

15   less than that 10 percent, so that's what I went

16   on.

17       Q.   So is -- So in looking at Ms. Swartz

18   particularly, did you factor in her -- the dose

19   of her C8 level in discounting whether or not it

20   was a substantial contributing cause to her

21   cancer?

22            MR. MACE:  Objection to form.  You

23   can answer.

24       A.   I factored in her blood level that was

25   taken I believe 2006, if I'm right, which placed

 1    her at the low end of the C8 class of members

 2    for her overall blood level, which would put her

 3    below the mean for the overall risk.

 4        Q.   And you understand that this probable

 5    link finding doesn't talk anything about quartiles

 6    or means about who has a substantial contributing

 7    cause?

 8        A.   Correct.

 9             MR. MACE:  Objection to form,

10    objection to characterization of a document.

11        Q.   Well, it doesn't state anything about

12    quartiles or means or --

13        A.   And I'm not --

14        Q.   -- or blood levels.

15        A.   I'm not relying on quartiles and things.

16    All I can do is, on the information provided in

17    C8, is they show a graph showing the increased

18    risk with blood levels.  In Vieira and Barry they

19    also provide information and that she was at the

20    low end of the overall exposure and the mean.

21        Q.   What blood level would or what dose

22    would Ms. Swartz have to have before you would

23    be willing to rule it in as a substantial

24    contributing cause?

25             MR. MACE:  Objection to form,

```
 1   her renal cell carcinoma even without her C8 --
 2   even without her exposure to C8.  Is that your
 3   opinion?
 4        A.   Yes.
 5        Q.   And so the basis of your opinion that
 6   she would have got -- that she would have gotten
 7   the renal cell carcinoma even without the exposure
 8   to C8 is because of her quoting you relatively low
 9   exposures to C8.
10        A.   Correct.
11        Q.   And when you say her relatively low
12   exposures to C8, what are you referencing?
13        A.   I'm referencing her blood level and where
14   that fits into the overall distribution of blood
15   levels of the C8 members.
16        Q.   So you're saying that -- I just -- I
17   just want to make sure I'm clear on it, that
18   the C8 dose level that she has, that Ms. Swartz
19   had was so low, in your opinion, that the -- her
20   history of obesity and hypertension trumped it.
21             MR. MACE:  Objection to form.
22        A.   Yeah, I'm not sure what you mean by
23   "trumped it," but basically her obesity and
24   hypertension were so much greater risks to her
25   developing kidney cancer that the contribution
```

```
 1   from C8 would not have impacted the overall

 2   risk.

 3       Q.   Right.  And the contribution to C8 is

 4   based upon her -- your opinion was that her dose

 5   level was -- was too low.

 6            MR. MACE:  Objection to form.

 7   Objection to the form.

 8       Q.   I guess let me ask you this:  I'm trying

 9   to -- I understand your arguments about obesity

10   and hypertension.  Okay?

11       A.   Okay.

12       Q.   I disagree with them, but I understand

13   where you're coming from, and you've been

14   questioned on this a bunch of times; right?  I

15   promised before we weren't going to try to rehash

16   all the same time; and I also want Damond to get

17   his plane, if I can.  The -- We've all been there.

18                The -- But I'm trying to figure out

19   how you're comparing -- I just want to make sure

20   that we're clear on what your testimony is.  Okay?

21       A.   Okay.

22       Q.   So, again, your testimony is that her --

23   that her level of obesity and hypertension, as

24   you perceive it from the records, is a greater

25   risk of her getting kidney cancer than the C8
```

1   because of the dose level of C8 that she had.
2      A.   The amount of -- Her risk from obesity
3   and hypertension would be much greater than her
4   risk from her exposure to C8 at that dose level.
5      Q.   And because of her dose level of C8, that
6   you were able to rule that out as the substantial --
7           MR. MACE:  Objection.
8      Q.   -- contributing factor of her developing
9   kidney cancer.
10     A.   I did not rule it out as a possible risk
11  factor, a causative risk factor.
12     Q.   That's not my question.
13     A.   What I said is that I don't think that
14  it was the specific cause of her -- it was not
15  enough of a cause that -- she probably would
16  have gotten kidney cancer even if she hadn't
17  been exposed to that level of C8.
18     Q.   Right.  And your testimony is she would
19  have had to have been exposed to a higher level of
20  C8 in order for it to be the specific causative
21  factor in her case.
22          MR. MACE:  Objection to form.
23     Q.   I'm trying to ask you the other way.
24  You're saying that the amount that she has isn't
25  enough.

```
 1     A.    Right.
 2           MR. MACE:  Objection.
 3     Q.    Right?  And that's your testimony?
 4     A.    Right.
 5     Q.    The amount of exposure that she had to
 6  C8 is not enough.
 7           MR. MACE:  Compared to, he said.
 8     A.    Compared -- Compared to her hypertension --
 9           MR. MACE:  Mischaracterization.
10     A.    -- and obesity.
11           MR. CONLIN:  Striking -- Striking
12  Mr. Mace's testimony.
13     A.    Okay, compared to.  As I've now said a
14  number of times, compared to the risk that she has
15  from her obesity and hypertension, the risk that
16  she has from C8 is not a significant contributor
17  to her kidney cancer.
18     Q.    And you haven't found a single plaintiff's
19  level sufficient for C8 to be a causative factor
20  for them.
21     A.    Okay.  Based on what I was told to
22  assume for this specific case, that C8 can be a
23  causative factor for renal cell carcinoma, is this
24  is the determination I've made for Ms. Swartz
25  directly.  It's unrelated to the evaluations that
```

```
 1   can answer.
 2       A.   Yes.
 3       Q.   And your comparison of those, of those
 4   risk factors, is solely based -- of those other
 5   risk factors to C8 is solely based upon the low
 6   exposure dose level of her C8.
 7       A.   No, it's based on the overall assessment
 8   of the risk from those -- from obesity and
 9   hypertension itself compared to the C8 report and
10   her distribution -- her place in the distribution
11   of that blood level.
12       Q.   So based upon her dose level.
13            MR. MACE:  Objection to form.
14       A.   As part of the overall evaluation.  You
15   have to put that in perspective with her obesity
16   and hypertension.
17       Q.   Fair enough.  So what you're doing is
18   you're looking at Ms. Swartz's dose level in
19   comparative -- in comparison to where it falls
20   against all the other dose levels within that
21   class.
22            MR. MACE:  Objection to form.
23       A.   The distribution of the dose levels and
24   also what the C8 points out with regard to the
25   exposures in the general population and in the
```

1 workers' population.

2 Q. Right. That's fine. But I'm saying
3 that when you sit there and you say her dose
4 level is too low, you're saying that --

5 MR. MACE: Objection.

6 Q. Well, when you say that her relatively
7 low exposure to C8, quote, is that, it's based
8 upon where her dose falls within the whole scope
9 of the Leach class.

10 A. Correct.

11 I'm a bit confused on the question,
12 but let me explicitly state what I'm saying is
13 that I think she's at the low end of the Leach
14 class members, and so her overall risk would be at
15 the low end of the C8 class; and compared to the
16 risk that she has from hypertension and obesity,
17 it would be very small.

18 Q. But you agree that it is more likely than
19 not that for Ms. Swartz a connection exists between
20 her PFOA exposure and her kidney cancer.

21 MR. MACE: Objection to form,
22 objection to having him try to interpret words of
23 an agreement, beyond the scope.

24 MR. CONLIN: I'm not asking him to
25 interpret anything. I'm asking him --

```
 1   which was 16 point something, which was at the
 2   low end of the scale.
 3        Q.   Again, so her -- when you say her
 4   relatively low exposure to C8, you're talking
 5   about her blood serum level as it relates to the
 6   other individuals and the other class members.
 7        A.   Other individuals in the class, other --
 8        Q.   Right.
 9        A.   -- workers and the general population.
10        Q.   Right.  And so it was her blood serum
11   level is -- was the basis for you saying that it
12   was a relatively low exposure level to C8.
13        A.   Yes.
14        Q.   And that was the basis for you doing
15   your relative comparison to obesity and
16   hypertension and determining that those were
17   more probable for her diagnosis.
18             MR. MACE:  Objection to form,
19   incomplete.
20        A.   Yes.
21        Q.   And, lastly, though, that -- And you don't
22   believe that for hypertension that it's -- that it
23   has to be uncontrolled, longstanding hypertension
24   for it to be an increased risk factor.
25        A.   Most of the papers that I've seen look
```