AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Angela and Teddy Swartz, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:18-cv-136 |
| E. I. du Pont de Nemours and Company, | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   The jury indicated they were deadlocked on all counts in Angela and Teddy Swartz v. E. I. du Pont de Nemours and Company.

This action was *(check one)*:

☒ tried by a jury with Judge   Edmund A. Sargus, Jr.   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:   04/07/2020

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk