UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E. I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION,

          Civil Action 2:13-md-2433
          JUDGE EDMUND A. SARGUS, JR.
          Magistrate Judge Elizabeth Preston Deavers

This document relates to: *Angela and Teddy Swartz v. E. I. du Pont de Nemours and Company*, Case No. 2:18-cv-136.

## DISPOSITIVE MOTIONS ORDER NO. 40

This matter is before the Court on Defendants' Motion for Judgment as a Matter of Law (ECF No. 178). Defendant moved under Rule 50 of the Federal Rules of Civil Procedure in open court during the trial in this matter. For the reasons set forth on the record during trial, the Court **DENIES** Defendant's Motion (ECF No. 178).

    IT IS SO ORDERED.

**9/8/2020**                                                      <u>s/Edmund A. Sargus, Jr.</u>
**DATE**                                                          EDMUND A. SARGUS, JR.
                                                              UNITED STATES DISTRICT JUDGE